**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 497 MAL 2017
:
Respondent                :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
v.                      :
:
:
CARLOS R. GARCIA,         :
:
Petitioner             :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.